ACCEPTED
12-14-00315-CR; 12-14-00317-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/14/2015 9:57:44 PM
Pam Estes
CLERK

**NO. 12-14-00314-CR; 12-14-00315-CR; 12-14-00317-CR;**

| | | |
|---|---|---|
| **DANIEL WAYNE MCLEMORE.** | § | **IN THE TWELFTH COURT OF** |
| **Appellant,** | § | |
| | § | |
| | § | |
| **VS.** | § | **APPEALS IN AND FOR** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee.** | § | **THE STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/14/2015 9:57:44 PM
PAM ESTES
Clerk

### *MOTION TO EXTEND TIME TO FILE AMENDED APPELANT BRIEF*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DANIEL WAYNE MCLEMORE, by and through his attorney, Wm. Brandon Baade, and makes this MOTION TO EXTEND TIME TO FILE AMENDED APPELANT BRIEF:

1. The deadline for filing the AMENDED APPELANT's Brief is October 15, 2015.

2. APPELANT seeks and extension of fifteen (15) days from the date of filing this motion or October 30, 2015 to file AMENDED APPELANT's Brief.

3. Facts relied on to reasonably explain the need for an extension:

4. Counsel has been involved in the preparation and presentation of the following cases: State of Texas v. Candyce Palmertree, Cause No. 37,858 in the County Court of Wood County, Texas;

State of Texas v. Brandon Scott Cheatum, Cause No. 38,076 in the County Court of Wood County, Texas;

State of Texas v. Chadwick Marsh, Cause No.22,660-2015 in the District Court of Wood County, Texas;

State of Texas v. Charles Smith, Cause No. 38,118 in the District Court of Wood County, Texas;

State of Texas v. J. P. Boyd, Cause No. 22,636-2015 in the District Court of Wood County, Texas;

State of Texas v. Terry Moss, Cause No. 22,426-22015 in the District Court of Wood County, Texas;

State of Texas v. Jermey Eason, Cause No. 21,483-2011 in the District Court of Wood County, Texas

5.   APPELANT has been granted one (1) extension of time to file the Amended Appellant Brief.

WHEREFORE, DANIEL WAYNE MCLEMORE, by his attorney, Wm. Brandon Baade, requests the court extend time to file AMENDED APPELANT's Brief in this case.

RESPECTFULLY SUBMITTED,

Wm. Brandon Baade
522 N Broadway Ave
Tyler, TX 75702
Tel: (903) 526-5867
brandonbaadelaw@gmail.com

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appelant

## CERTIFICATE OF CONFERENCE

I certify that I have contacted Tom Burton, Attorney for Appellee, in this case and he is in agreement with this motion.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served on all counsel of record by on October 14, 2015.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant